HENRY D. BURKETT, Respondent, *v.* WILLIAM L. TAYLOR et al., Appellants.

(Argued May 30, 1881 ; decided October 4, 1881.)

DECIDED on the facts.

*Robert Sewell* for appellants.

*Freling H. Smith* for respondent.

RAPALLO, J., reads for affirmance.
All concur.
Judgment affirmed.

———

HENRIETTA S. HAVEMEYER, Appellant, *v.* JOHN C. HAVEMEYER et al., Respondents.

(Argued June 8, 1881 ; decided October 4, 1881.)

DECIDED on the facts.

*Samuel Hand* for appellant.

*Francis N. Bangs* for respondent.

EARL, J., reads for affirmance.
All concur except ANDREWS, J., not voting.
Judgment affirmed.